PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Maria Ovalles  Cr.: 01-77-02
PACTS Number: 28817

Name of Sentencing Judicial Officer: Dennis M. Cavanaugh

Date of Original Sentence: 08/07/02

Original Offense: Conspiracy to Import Cocaine

Original Sentence: Imprisonment 75 months, Supervised release 5 years

Type of Supervision: Supervised Release  Date Supervision Commenced: 02/27/08

## PETITIONING THE COURT

[ ]  To extend the term of supervision for       Years, for a total term of       Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special conditions:

The defendant shall provide the U.S. Probation Office with full disclosure of her financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of her financial dealings and shall provide truthful monthly statements of her income.

The defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the probation officer.

The defendant shall submit her person, residence, office, or vehicle to a search, conducted by a United States Probation Officer, at a reasonable time and in a reasonable manner, based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

## CAUSE

The offender is presently working for a travel agency and has access to the financial information of others. Based on her past convictions for fraud-related offenses, the probation office in the Southern District of New York believes that the imposition of these conditions will allow for more effective monitoring of this offender.

Respectfully submitted,

By: Cayetano Castellano
U.S. Probation Officer

PROB 12B - Page 2
Maria Ovalles

Date: 07/18/08

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

9-19-08
Date

Dennis M. Cavanaugh
U.S. District Judge